**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| DAVID JOHNSON, PATRICK LYNCH, ROBERTO VERTHELYI and FREDERICK SHEARIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>W2007 GRACE ACQUISITION I, INC., TODD P. GIANNOBLE, GREGORY FAY, BRIAN NORDAHL, DANIEL E. SMITH, MARK RICKETTS, THE GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS REALTY MANAGEMENT L.P., WHITEHALL PARALLEL GLOBAL REAL ESTATE LIMITED PARTNERSHIP 2007, W2007 FINANCE SUB, LLC, W2007 GRACE I, LLC, and PFD HOLDINGS LLC,<br><br>Defendants. | CASE NO.: 2:13-CV-2777-SHM-dkv<br><br>**<u>CLASS ACTION</u>** |

**NAMED PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASSES AND APPROVAL OF PLAN OF ALLOCATION**

Named Plaintiffs David Johnson, Patrick Lynch, Roberto Verthelyi and Frederick Shearin on behalf of themselves and certain current and former holders of the Preferred Stock[1] of W2007 Grace ("Preferred Stockholders"), by and through their counsel, respectfully submit this motion seeking Final Approval of the Settlement of the Class Action, Certification of Settlement Classes and Approval of Plan of Allocation (the "Motion for Final Approval") and entry of the proposed

---

1 "Preferred Stock" means the W2007 Grace Acquisition I, Inc. ("W2007 Grace") 8.75% Series B Cumulative Preferred Stock ("Series B Stock") and the W2007 Grace 9.00% Series C Cumulative Preferred Stock ("Series C Stock," and together with Series B Stock, "Preferred Stock").

Final Order and Judgment (the "Final Approval Order"), filed herewith, which provides for: (a) final approval of the proposed Settlement, the terms of which are set forth in the Stipulation of Settlement and exhibits thereto, dated October 8, 2014 ("Stipulation")[2]; (b) certification of this Action as a class action for purposes of settlement pursuant to Federal Rule of Civil Procedure 23 on behalf of the Holder and Seller Classes; and, (c) approval of the Seller Class Plan of Allocation. A Memorandum of Law and Declaration of Kimberly Donaldson Smith are filed concurrently herewith in support of the Motion for Final Approval.

The proposed Settlement contemplates certification of two settlement Classes:

**The Holder Class**

Any and all persons or entities that, as of August 22, 2014 and through the Merger Effective Time, hold 8.75% Series B Cumulative Preferred Stock and/or 9.00% Series C Cumulative Preferred Stock issued by W2007 Grace Acquisition I, Inc. (collectively, the "Preferred Stock"), excluding: (a) Defendants and their affiliates, and (b) any persons or entities that validly (i) exercised dissenters' rights in the Merger or (ii) opted out of this class (the "Holder Class"). The Merger is the merger reflected in the Merger Agreement, whereby W2007 Grace will be merged with and into Merger Sub and all Series B Preferred Stock and Series C Preferred Stock, except for the Excluded Shares, shall be converted into the right to receive $26.00 per share. The Merger Effective Time occurs when the Tennessee Articles of Merger have been duly filed with the Secretary of State of the State of Tennessee or at such later time as may be specified in the Tennessee Articles of Merger.

**The Seller Class**

Any and all persons or entities that sold some or all of their Preferred Stock between October 25, 2007 and October 8, 2014, inclusive, and suffered a loss, excluding: (a) Defendants and their affiliates, and (b) any persons or entities that (i) sold shares to Defendant PFD Holdings, LLC in a private transaction or (ii) validly opted out of this class (the "Seller Class," and together with the Holder Class, the "Classes").

---

[2] The Stipulation was submitted as Exhibit A to the Declaration of Kimberly Donaldson Smith, filed on October 9, 2015 (ECF No. 77). Except as otherwise provided herein, capitalized terms used herein shall have the meaning as given in the Stipulation.

As described in detail in the accompanying Memorandum of Law and Declaration of Kimberly Donaldson Smith, the Settlement of the claims asserted in the Action on the terms set forth in the Stipulation is fair and reasonable. In total, the Settlement secures over $72 million in benefits for the Classes, which represents a recovery of a high percentage of potential recoverable damages that may have been secured only after protracted, costly and risky litigation, a full trial on the merits and subsequent appeals. It represents a recovery achieved after discovery into the facts underlying the claims asserted in the Action, and after extensive settlement negotiations between the parties. Class Counsel, a well-respected firm experienced in prosecuting complex securities class actions, including actions involving corporate misconduct in the real estate industry, has concluded that the Settlement achieves the primary goals of the Action and is an excellent result for Class members.

Moreover, the Plan of Allocation sets forth an allocation formula to distribute the Net Seller Class Settlement Fund to eligible members of the Seller Class that is both well-reasoned and equitable. In assessing the damages and recognized loss, Class Counsel and its expert assessed the harm to the members of the Seller Class who owned Preferred Stock as of October 25, 2007 and sold during the Class Period that arose from the restricted access to timely, accurate and complete Company information. For the Plan of Allocation, Class Counsel and its expert determined the damages and recognized loss would be equal to the lesser of actual market loss or a computed cap on per share damages linked to untimely financial information. Thus, the Plan of Allocation is tied directly to the Seller Class members' estimated damages and loss, and will equitably distribute funds on a *pro rata* basis to eligible members of the Seller Class. Also, any residual in the Net Seller Class Settlement Fund will be distributed on a *pro rata* basis to members of the Holder Class. Thus, the Court should approve the Plan of Allocation which

equitably distributes the Settlement funds to Seller Class members and equitably distributes any residual to Holder Class members if such distribution of the residual is feasible.

For the reasons set forth above and in the Memorandum of Law and Declaration of Kimberly Donaldson Smith, filed simultaneously herewith, Named Plaintiffs respectfully request that the Court grant final approval of the Settlement of the Class Action, certify the Settlement Classes, approve the Plan of Allocation, and enter the Final Order and Judgment filed herewith. Defendants do not oppose this Motion.

DATED: August 7, 2015

Respectfully submitted,

Nicholas E. Chimicles
Kimberly D. Smith
Catherine Pratsinakis
Chimicles & Tikellis LLP
One Haverford Square
361 Lancaster Ave.
Haverford, PA 19041
(610) 642-8500
Nick@chimicles.com
kds@chimicles.com
cp@chimicles.com
*Counsel for Named Plaintiffs David Johnson, Patrick Lynch, and Roberto Verthelyi, and Frederick Shearin*

/s/ Van D. Turner, Jr.
Van D. Turner, Jr. (#22603)
Hagler Bruce & Turner, PLLC
2650 Thousand Oaks Boulevard,
Suite 2140
Memphis, Tennessee 38118
(901) 522-9161
vturner@hbtlaw.net
*Liaison Counsel*

## L.R. 7.2 CERTIFICATION OF CONSULTATION

Counsel for Named Plaintiffs, Kimberly M. Donaldson Smith, consulted with counsel for Defendants, Brie Ann Grant of Sullivan & Cromwell LLP, concerning the relief sought in Plaintiffs' Motion seeking Final Approval of the Settlement of the Class Action, Certification of Settlement Classes and Approval of Plan of Allocation and entry of the proposed Final Order and Judgment. Defendants do not oppose the relief sought.

s/ Kimberly M. Donaldson Smith
Kimberly M. Donaldson Smith (PA-84116) (*pro hac vice*)