```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                           WESTERN DIVISION
```

**DAVID JOHNSON, PATRICK LYNCH,**
**ROBERTO VERTHELYI and FREDERICK**
**SHEARIN, on behalf of themselves**
**and all others similarly situated,**

        **Plaintiffs,**

**v.**                                              Cv. No. 13-2777-SHM

**W2007 GRACE ACQUISITION I, INC.,**
**TODD P. GIANNOBLE, GREGORY FAY,**
**BRIAN NORDAHL, DANIEL E. SMITH,**
**MARK RICKETTS, THE GOLDMAN SACHS**
**GROUP, INC., GOLDMAN SACHS**
**REALTY MANAGEMENT L.P.,**
**WHITEHALL PARALLEL GLOBAL REAL**
**ESTATE LIMITED PARTNERSHIP 2007,**
**W2007 FINANCE SUB, LLC, W2007 G**RACE **I,**
**and PDF HOLDINGS LLC,**

        **Defendants.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order, docketed December 4, 2015, granting the motion for final approval of the class action settlement and the motion for attorney's fees.  This Court shall retain jurisdiction

for purposes of effecting the settlement, including all matters relating to the administration, consummation, enforcement, and interpretation of the settlement.

**APPROVED:**

  *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


  *December 4, 2015*                           THOMAS M. GOULD
DATE                                          CLERK

                                               *s/  Zandra Frazier*
                                              (By) DEPUTY CLERK

2